UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Louie Charles Rocha

Case No. 12-55134 CN

Chapter 13

_____,
Debtor(s).

**ORDER ON MOTION BY DEBTOR(S) FOR AN EXTENSION OF TIME TO FILE DOCUMENTS**

The debtor(s) having filed a motion requesting an extension of time to file documents, IT IS HEREBY ORDERED as follows:

[✓] Good cause appearing, the motion is granted with respect to those missing documents that are required pursuant to § 521(a)(1). [If requested within 45 days of the petition date, extension not to exceed an additional 45 days].

[✓] Good cause appearing, the motion is granted with respect to the chapter 13 plan.

[ ] Good cause appearing, the motion is granted with respect to the certificate of credit counseling required pursuant to § 109(h). [If requested within 30-day period during which the filing requirement is waived for exigent circumstances, extension not to exceed an additional 15 days].

[ ] Good cause appearing, the motion is granted with respect to the statement of completion of a personal financial management course required pursuant to Bankruptcy Rule 1007(a)(3)(7).

[ ] Good cause appearing, the motion is granted with respect to: [other]

_____.

[ ] Good cause NOT appearing, the motion is DENIED.

IT IS FURTHER ORDERED that an extension is granted through _____

_August 23, 2012._____

within which to file the documents.

DATED: _7/18/12_____

_____
UNITED STATES BANKRUPTCY JUDGE

1

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS**

Case No. ___12-55134 CN___

**COURT SERVICE LIST**

Louie Charles Rocha
25061 Hidden Mesa Ct.
Monterey, CA 93940

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

2

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS**